UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: TODD, MICHAEL H.                              § Case No. 13-81525
                                                     §
                                                     §
Debtor(s)                                            §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 26, 2013. The undersigned trustee was appointed on April 27, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $           8,779.60

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 70.26 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 8,709.34 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/16/2013 and the deadline for filing governmental claims was 12/16/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,627.96. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,627.96, for a total compensation of $1,627.96.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/12/2014         By:/s/MEGAN G. HEEG
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 13-81525  
Case Name: TODD, MICHAEL H.  

Trustee: (330490) MEGAN G. HEEG  
Filed (f) or Converted (c): 04/26/13 (f)  
§341(a) Meeting Date: 05/31/13  

Period Ending: 03/12/14  
Claims Bar Date: 12/16/13  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Debtor has no interest, legal, equitab, in any r refers to real estate imported from Schedule A | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on Debtor's person | 20.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account at Wells Fargo | 200.00 | 779.60 | | 779.60 | FA |
| 4 | 1 laptop (5 years old), 1 printer, 1 television, | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Miscellaneous pictures | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Miscellaneous wearing apparel | 100.00 | 0.00 | | 0.00 | FA |
| 7 | County line Farm & Ponies | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 1993 Ford F350 (130,000) miles<br>VIN 1FTJX35C5PKB80014 (to be quit claimed back to debtor subject to all liens) | 1,983.00 | 1,000.00 | | 1,000.00 | FA |
| 9 | 1997 Ford F350 (250,000 miles)<br>VIN 1FTJW35F3VEA03521 | 185.00 | 456.00 | | 456.00 | FA |
| 10 | 2000 Chevy 1/2 ton Pick-Up (308,000 miles)<br>C1500 Silverado pickup VIN 1GCEC14W0YE103595 | 500.00 | 500.00 | | 500.00 | FA |
| 11 | 2002 Chevy 1/2 Pick-Up (180,000 miles)<br>VIN 2GCEC19W521162823 to be quit claimed back to debtor subject to all liens and with no exemptions claimed in proceeds received. | 2,100.00 | 600.00 | | 600.00 | FA |
| 12 | 2005 Chevy 3/4 Pick-Up (105,000 miles)<br>VIN 1GCHC24U55E294587 | 3,100.00 | 1,384.00 | | 1,384.00 | FA |
| 13 | 2006 Ford 350 Pick-Up (220,000 miles)<br>F350 Superduty Carryall. VIN 1FTWW32P46EB50175 | 1,665.00 | 2,500.00 | | 2,500.00 | FA |
| 14 | 1988 Highview Stock Trailer | 1,100.00 | 0.00 | | 0.00 | FA |
| 15 | 1990 W.W. Tagalong Trailer (See Footnote) | 1,000.00 | 0.00 | | 0.00 | FA |
| 16 | 1991 Barrett Stock Trailer<br>Note, Debtor removed this asset from Amended Schedule B filed 6/17/13 and added a different one instead. | 2,750.00 | 0.00 | | 0.00 | FA |
| 17 | 2 sleds | 100.00 | 0.00 | | 0.00 | FA |

Printed: 03/12/2014 01:22 PM    V.13.14

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

Case Number: 13-81525
Case Name: TODD, MICHAEL H.
Period Ending: 03/12/14

Trustee: (330490) MEGAN G. HEEG
Filed (f) or Converted (c): 04/26/13 (f)
§341(a) Meeting Date: 05/31/13
Claims Bar Date: 12/16/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | 2 pony wheels<br>Imported from Amended Doc#: 14 | 100.00 | 0.00 | | 0.00 | FA |
| 19 | 5 Hayride wagons<br>Imported from Amended Doc#: 14 | 1,500.00 | 0.00 | | 0.00 | FA |
| 20 | 20 sadles<br>Imported from Amended Doc#: 14 | 800.00 | 0.00 | | 0.00 | FA |
| 21 | 3 Harnesses | 90.00 | 0.00 | | 0.00 | FA |
| 22 | 10 ponies | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 23 | 2 horses | 400.00 | 0.00 | OA | 0.00 | FA |
| 24 | Savings Acct with Wells Fargo, Acct XXXX7471 (u)<br>$1.20 in account on 4/26/13 | 0.00 | 0.00 | | 0.00 | FA |
| 25 | AUTOMOBILES AND OTHER VEHICLES (u)<br>1992 Highview stock railer. VIN 1H9L01823NA162112. Debtor added this asset to Amended Schedule filed 7/30/13. | 1,100.00 | 190.00 | | 190.00 | FA |
| 26 | AUTOMOBILES AND OTHER VEHICLES (u)<br>1993 Corn Pro trailer in the name of Dorenda Todd. VIN 4MJSB1623PE005132. Debtor added this asset to Amended Schedule B filed 7/30/13. | 1,000.00 | 300.00 | | 300.00 | FA |
| 27 | AUTOMOBILES AND OTHER VEHICLES (u)<br>2001 Barrett Trailer VIN 1B9P2620711014227. Debtor added this asset to Schedule B filed 6/17/13. | 2,750.00 | 760.00 | | 760.00 | FA |
| 28 | AUTOMOBILES AND OTHER VEHICLES (u)<br>1998 Delta Manufracturing INC VIN 4MWBS162XWN001369 | Unknown | 200.00 | | 200.00 | FA |
| 29 | AUTOMOBILES AND OTHER VEHICLES (u)<br>1985 tilt tandem trailer VIN 04163DH623 | 0.00 | 110.00 | | 110.00 | FA |
| 30 | Misc (unscheduled) 30x60 tent (u)<br>Debtor first listed on amended Schedule B filed 5/29/2013. | 500.00 | 0.00 | | 0.00 | FA |
| 30 | Assets  Totals (Excluding unknown values) | $25,143.00 | $8,779.60 | | $8,779.60 | $0.00 |

RE PROP# 15    .

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| Case Number: | 13-81525 | Trustee: | (330490) | MEGAN G. HEEG |
| --- | --- | --- | --- | --- |
| Case Name: | TODD, MICHAEL H. | Filed (f) or Converted (c): | 04/26/13 (f) | |
| | | §341(a) Meeting Date: | 05/31/13 | |
| Period Ending: 03/12/14 | | Claims Bar Date: | 12/16/13 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR):    October 30, 2014            Current Projected Date Of Final Report (TFR):    March 11, 2014 (Actual)

Printed: 03/12/2014 01:22 PM    V.13.14

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 13-81525 | Trustee: | MEGAN G. HEEG (330490) |
| --- | --- | --- | --- |
| Case Name: | TODD, MICHAEL H. | Bank Name: | Rabobank, N.A. |
| | | Account: | ****080966 - Checking Account |
| Taxpayer ID #: | **-***0835 | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 03/12/14 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09/18/13 | {3} | Wells Fargo Bank, NA | Unexempt balance in account | 1129-000 | 779.60 | | 779.60 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 769.60 |
| 10/24/13 | | Ottenheimer Law Group Trust Account for Michael Todd | various assets | | 8,000.00 | | 8,769.60 |
| | {8} | | 1993 Ford F350           1,000.00 | 1129-000 | | | 8,769.60 |
| | {9} | | 1997 Ford F350             456.00 | 1129-000 | | | 8,769.60 |
| | {10} | | 2000 Chevy 1/2 ton pick     500.00 up | 1129-000 | | | 8,769.60 |
| | {11} | | 2002 Chevy 1/2 ton pick     600.00 up | 1129-000 | | | 8,769.60 |
| | {12} | | 2005 Chevy 3/4 ton pick   1,384.00 up | 1129-000 | | | 8,769.60 |
| | {13} | | 2006 Ford 350 Pick up     2,500.00 | 1129-000 | | | 8,769.60 |
| | {25} | | 1992 Highview stock trailer  190.00 | 1229-000 | | | 8,769.60 |
| | {26} | | 1993 Corn Pro trailer        300.00 | 1229-000 | | | 8,769.60 |
| | {27} | | 2001 Barrett Trailer         760.00 | 1229-000 | | | 8,769.60 |
| | {28} | | 1998 Delta Manufacturing Inc  200.00 | 1229-000 | | | 8,769.60 |
| | {29} | | 1985 tilt tandem trailer     110.00 | 1229-000 | | | 8,769.60 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,759.60 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.75 | 8,747.85 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.84 | 8,734.01 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.97 | 8,721.04 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.70 | 8,709.34 |

|  | ACCOUNT TOTALS | 8,779.60 | 70.26 | $8,709.34 |
| --- | --- | --- | --- | --- |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | Subtotal | 8,779.60 | 70.26 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $8,779.60 | $70.26 | |

{} Asset reference(s)

Printed: 03/12/2014 01:22 PM    V.13.14

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 13-81525 | Trustee: | MEGAN G. HEEG (330490) |
| --- | --- | --- | --- |
| Case Name: | TODD, MICHAEL H. | Bank Name: | Rabobank, N.A. |
| | | Account: | ****080966 - Checking Account |
| Taxpayer ID #: | **-***0835 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 03/12/14 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | TOTAL - ALL ACCOUNTS | | Net Receipts | Net Disbursements | Account Balances |
| | | | Checking # ****080966 | | 8,779.60 | 70.26 | 8,709.34 |
| | | | | | $8,779.60 | $70.26 | $8,709.34 |

{} Asset reference(s)  Printed: 03/12/2014 01:22 PM   V.13.14

# Claims Proposed Distribution

## Case: 13-81525   TODD, MICHAEL H.

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $8,709.34 | Total Proposed Payment: | $8,709.34 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | Carl C. Swanson, CPA | Admin Ch. 7 | 950.00 | 950.00 | 0.00 | 950.00 | 950.00 | 7,759.34 |
|  | <3410-00  Accountant for Trustee Fees (Other Firm)> | | | | | | | |
|  | Ehrmann Gehlbach Badger Lee & Considine, LLC | Admin Ch. 7 | 303.71 | 303.71 | 0.00 | 303.71 | 303.71 | 7,455.63 |
|  | <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
|  | Ehrmann Gehlbach Badger Lee & Considine, LLC | Admin Ch. 7 | 2,000.00 | 2,000.00 | 0.00 | 2,000.00 | 2,000.00 | 5,455.63 |
|  | <3110-00  Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
|  | MEGAN G. HEEG | Admin Ch. 7 | 1,627.96 | 1,627.96 | 0.00 | 1,627.96 | 1,627.96 | 3,827.67 |
|  | <2100-00  Trustee Compensation> | | | | | | | |
| 1 | Centegra Hospital Woodstock | Unsecured | 912.92 | 912.92 | 0.00 | 912.92 | 63.46 | 3,764.21 |
| 2 | American InfoSource LP as agent for | Unsecured | 578.62 | 578.62 | 0.00 | 578.62 | 40.22 | 3,723.99 |
| 3U | Galena State Bank & Trust Company | Unsecured | 53,571.62 | 53,571.62 | 0.00 | 53,571.62 | 3,723.99 | 0.00 |
|  | **Total for Case 13-81525 :** | | **$59,944.83** | **$59,944.83** | **$0.00** | **$59,944.83** | **$8,709.34** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $4,881.67 | $4,881.67 | $0.00 | $4,881.67 | 100.000000% |
| Total Unsecured Claims : | $55,063.16 | $55,063.16 | $0.00 | $3,827.67 | 6.951417% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-81525
Case Name: TODD, MICHAEL H.
Trustee Name: MEGAN G. HEEG

**Balance on hand:** $ 8,709.34

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3S | Galena State Bank & Trust Company | 9,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 8,709.34

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,627.96 | 0.00 | 1,627.96 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 2,000.00 | 0.00 | 2,000.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 303.71 | 0.00 | 303.71 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 950.00 | 0.00 | 950.00 |

Total to be paid for chapter 7 administration expenses: $ 4,881.67
Remaining balance: $ 3,827.67

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,827.67

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,827.67

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 55,063.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Centegra Hospital Woodstock | 912.92 | 0.00 | 63.46 |
| 2 | American InfoSource LP as agent for | 578.62 | 0.00 | 40.22 |
| 3U | Galena State Bank & Trust Company | 53,571.62 | 0.00 | 3,723.99 |

Total to be paid for timely general unsecured claims: $ 3,827.67
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)