UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: TODD, MICHAEL H. | § Case No. 13-81525 |
| | § |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
MEGAN G. HEEG_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 09:30 on 04/30/2014 in Courtroom 3100, United States Courthouse,
327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  03/12/2014            By:  /s/MEGAN G. HEEG
                                                                                                      Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: TODD, MICHAEL H.                          § Case No. 13-81525
                                                 §
                                                 §
                                                 §
Debtor(s)                                        §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,779.60 |
| and approved disbursements of | $ | 70.26 |
| leaving a balance on hand of [1] | $ | 8,709.34 |

**Balance on hand:**                              $         8,709.34

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3S | Galena State Bank & Trust Company | 9,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $         0.00
Remaining balance:                         $     8,709.34

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,627.96 | 0.00 | 1,627.96 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 2,000.00 | 0.00 | 2,000.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 303.71 | 0.00 | 303.71 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 950.00 | 0.00 | 950.00 |

Total to be paid for chapter 7 administration expenses:   $     4,881.67
Remaining balance:                                         $     3,827.67

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

      Total to be paid for prior chapter administrative expenses: $   0.00
      Remaining balance: $   3,827.67

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

      Total to be paid for priority claims: $   0.00
      Remaining balance: $   3,827.67

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $ 55,063.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.0 percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Centegra Hospital Woodstock | 912.92 | 0.00 | 63.46 |
| 2 | American InfoSource LP as agent for | 578.62 | 0.00 | 40.22 |
| 3U | Galena State Bank & Trust Company | 53,571.62 | 0.00 | 3,723.99 |

      Total to be paid for timely general unsecured claims: $   3,827.67
      Remaining balance: $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Michael H. Todd  
    Debtor

Case No. 13-81525-TML  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3　　　User: jclarke　　　Page 1 of 2　　　Date Rcvd: Mar 25, 2014  
　　　　　　　　　　　　Form ID: pdf006　　Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2014.

```
db          #+Michael H. Todd,    3588 Countyline Road,    Garden Prairie, IL 61038-9437
20402045    +Account Recovery Services, Inc.,    c/o Ray A. Ferguson & Associates,    216 North Court Street,
              Rockford, IL 61103-6803
20402047     Centegra Hospital - Woodstock,    PO Box 1990,    Woodstock, IL 60098-1990
20402048    +City of Chicago - Dept of Revenue,    c/o Arnold Scott Harris, P.C.,
              222 Merchandise Mart Plaza, #1932,    Chicago, IL 60654-1420
20402050     Corpus Christi Medical Center,    P.O. Box 740785,    Cincinnati, OH 45274-0785
20402051     Corpus Christi Medical Center,    P.O. Box 402995,    Atlanta, GA 30384-2995
20402053    +Dish Network,    Department 0063,    Palatine, IL 60055-0001
20402054    +Florida Power and Light,    c/o The Bourassa Law Group, LLC,    P.O. Box 28039,
              Las Vegas, NV 89126-2039
20402056    +Hammer's Auto Repair,    6276 Logan Avenue,    Belvidere, IL 61008-9013
20402058    +Illinois Tollway,    PO Box 5201,    Lisle, IL 60532-5201
20402067    +Illinois Tollway Authority,    c/o Arnold Scott Harris, P.C.,    222 Merchandise Mart Plaza, #1932,
              Chicago, IL 60654-1420
20402069     Pinnacle Emergency Group PA,    c/o Healthcare Recoveries,    P.O. Box 32710 - Dept. 39716515,
              Louisville, KY 40232-2710
20402070     Radiology Associates, LLP,    P.O. Box 6010,    Corpus Christi, TX 78466-6010
20402073     T-Moble,    c/o RPM,    P.O. Box 1548,    Lynnwood, WA 98046-1548
20402074     T6 Broadband,    c/o Credit Management,    P.O. Box 118288,    Carrollton, TX 75011-8288
20402075     Town Square Anesthesia, LLC,    P.O. Box 836,    Crystal Lake, IL 60039-0836
20402076     Union Oil company of Union Illinios,    c/o Kurt E. Vragel, Jr. P.C.,
              1701 East Laek Avenue, Suite 170,    Glenview, IL 60025-2085
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
21246722      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 26 2014 01:54:26
              American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
              Oklahoma City, OK 73124-8848
20402046      E-mail/Text: bankruptcy@hraccounts.com Mar 26 2014 01:46:01     Centegra Hospital - Woodstock,
              c/o H & R Accounts,    P.O. Box 672,    Moline, IL 61266-0672
20402049     +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 26 2014 01:47:12
              Corpus Christi Medical Center,    c/o NCO Financial Systems, Inc.,
              2360 Campbell Creet, Suite 500,    Richardson, TX 75082-4453
20402052     +E-mail/PDF: recoverybankruptcy@afninet.com Mar 26 2014 01:55:11     County Financial,
              c/o Afni, Inc.,    1310 Martin Luther King Drive,    Bloomington, IL 61701-1465
20402055     +E-mail/Text: jsc@renozahm.com Mar 26 2014 01:48:11     Galena State Bank & Trust Company,
              c/o Reno & Zahm, LLP,    2902 McFarland Road, Suite 400,    Rockford, IL 61107-6801
20402057     +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 26 2014 01:47:12
              Illinois State Toll Hwy Authority,    c/o NCO Financial Systems, Inc.,
              600 Holiday Plaza Drive, Suite 300,    Matteson, IL 60443-2238
20402071      E-mail/PDF: cbp@slfs.com Mar 26 2014 01:53:46     Springleaf Financial,    PO Box 790368,
              Saint Louis, MO 63179-0368
20402072     +E-mail/Text: ars5183harlem@aol.com Mar 26 2014 01:46:58     Sylvan Learning Center,
              c/o Account Recovery Services, Inc.,    P.O. Box 2526,    Loves Park, IL 61132-2526
                                                                                               TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21099037*    +Centegra Hospital Woodstock,    C/O H and R Accounts Inc,    PO Box 672,    Moline, IL 61266-0672
20402059*    +Illinois Tollway,    PO Box 5201,    Lisle, IL 60532-5201
20402060*    +Illinois Tollway,    PO Box 5201,    Lisle, IL 60532-5201
20402061*    +Illinois Tollway,    PO Box 5201,    Lisle, IL 60532-5201
20402062*    +Illinois Tollway,    PO Box 5201,    Lisle, IL 60532-5201
20402063*    +Illinois Tollway,    PO Box 5201,    Lisle, IL 60532-5201
20402064*    +Illinois Tollway,    PO Box 5201,    Lisle, IL 60532-5201
20402065*    +Illinois Tollway,    PO Box 5201,    Lisle, IL 60532-5201
20402066*    +Illinois Tollway,    PO Box 5201,    Lisle, IL 60532-5201
20402068*    +Illinois Tollway Authority,    c/o Arnold Scott Harris, P.C.,    222 Merchandise Mart Plaza, #1932,
              Chicago, IL 60654-1420
                                                                                    TOTALS: 0, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0752-3          User: jclarke              Page 2 of 2              Date Rcvd: Mar 25, 2014
                              Form ID: pdf006            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2014                             Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2014 at the address(es) listed below:
              Lester A Ottenheimer, III    on behalf of Debtor Michael H. Todd lottenheimer@olawgroup.com,
               nfishkin@olawgroup.com
              Megan G Heeg    heeg@egblc.com,  IL55@ecfcbis.com
              Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com,  IL55@ecfcbis.com
              Megan G Heeg    on behalf of Accountant Carl C Swanson heeg@egblc.com,  IL55@ecfcbis.com
              Michael G Schultz    on behalf of Creditor   Galena State Bank & Trust Company mgs@renozahm.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 6
```