**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

In re: TODD, MICHAEL H.                 § Case No. 13-81525
                                        §
                                        §
                                        §
Debtor(s)                               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $10,560.00                    Assets Exempt: $7,920.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,827.67      Claims Discharged
                                                Without Payment: $84,061.08

Total Expenses of Administration: $4,951.93

---

   3) Total gross receipts of $     8,779.60    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00   (see **Exhibit 2**), yielded net receipts of $8,779.60 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,991.76 | $9,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,951.93 | 4,951.93 | 4,951.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 96,186.89 | 55,063.16 | 55,063.16 | 3,827.67 |
| **TOTAL DISBURSEMENTS** | $98,178.65 | $69,015.09 | $60,015.09 | $8,779.60 |

4) This case was originally filed under Chapter 7 on April 26, 2013. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/24/2014      By: /s/MEGAN G. HEEG
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking account at Wells Fargo | 1129-000 | 779.60 |
| 1993 Ford F350 (130,000) miles | 1129-000 | 1,000.00 |
| 1997 Ford F350 (250,000 miles) | 1129-000 | 456.00 |
| 2000 Chevy 1/2 ton Pick-Up (308,000 miles) | 1129-000 | 500.00 |
| 2002 Chevy 1/2 Pick-Up (180,000 miles) | 1129-000 | 600.00 |
| 2005 Chevy 3/4 Pick-Up (105,000 miles) | 1129-000 | 1,384.00 |
| 2006 Ford 350 Pick-Up (220,000 miles) | 1129-000 | 2,500.00 |
| AUTOMOBILES AND OTHER VEHICLES | 1229-000 | 190.00 |
| AUTOMOBILES AND OTHER VEHICLES | 1229-000 | 300.00 |
| AUTOMOBILES AND OTHER VEHICLES | 1229-000 | 760.00 |
| AUTOMOBILES AND OTHER VEHICLES | 1229-000 | 200.00 |
| AUTOMOBILES AND OTHER VEHICLES | 1229-000 | 110.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,779.60** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3S | Galena State Bank & Trust Company | 4210-000 | N/A | 9,000.00 | 0.00 | 0.00 |
| NOTFILED | Springleaf Financial | 4110-000 | 1,991.76 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,991.76 | $9,000.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,627.96 | 1,627.96 | 1,627.96 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 303.71 | 303.71 | 303.71 |
| Carl C. Swanson, CPA | 3410-000 | N/A | 950.00 | 950.00 | 950.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.75 | 11.75 | 11.75 |
| Rabobank, N.A. | 2600-000 | N/A | 13.84 | 13.84 | 13.84 |
| Rabobank, N.A. | 2600-000 | N/A | 12.97 | 12.97 | 12.97 |
| Rabobank, N.A. | 2600-000 | N/A | 11.70 | 11.70 | 11.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,951.93 | $4,951.93 | $4,951.93 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## **EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## **EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Centegra Hospital Woodstock | 7100-000 | 912.92 | 912.92 | 912.92 | 63.46 |
| 2 | American InfoSource LP as agent for | 7100-000 | 260.38 | 578.62 | 578.62 | 40.22 |
| 3U | Galena State Bank & Trust Company | 7100-000 | 62,188.00 | 53,571.62 | 53,571.62 | 3,723.99 |
| NOTFILED | Illinois Tollway | 7100-000 | 502.60 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Tollway | 7100-000 | 208.15 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Tollway | 7100-000 | 105.70 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Tollway | 7100-000 | 2,360.95 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Tollway | 7100-000 | 355.70 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Tollway | 7100-000 | 708.15 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Tollway | 7100-000 | 708.15 | N/A | N/A | 0.00 |
| NOTFILED | Sylvan Learning Center c/o Account Recovery Services, | 7100-000 | 670.00 | N/A | N/A | 0.00 |
| NOTFILED | Town Square Anesthesia, LLC | 7100-000 | 105.00 | N/A | N/A | 0.00 |
| NOTFILED | Union Oil company of Union Illinios c/o Kurt E. Vragel, | 7100-000 | 4,118.35 | N/A | N/A | 0.00 |
| NOTFILED | T6 Broadband c/o Credit Management | 7100-000 | 424.61 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Tollway | 7100-000 | 355.70 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Tollway Authority c/o Arnold Scott Harris, | 7100-000 | 1,222.90 | N/A | N/A | 0.00 |
| NOTFILED | Radiology Associates, LLP | 7100-000 | 26.50 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Tollway Authority c/o Arnold Scott Harris, | 7100-000 | 13,559.45 | N/A | N/A | 0.00 |
| NOTFILED | Florida Power and Light c/o The Bourassa Law Group, LLC | 7100-000 | 75.84 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago - Dept of Revenue c/o Arnold Scott | 7100-000 | 244.00 | N/A | N/A | 0.00 |
| NOTFILED | Corpus Christi Medical Center c/o NCO Financial | 7100-000 | 444.62 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Hospital - Woodstock | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Account Recovery Services, Inc. c/o Ray A. Ferguson & | 7100-000 | 770.00 | N/A | N/A | 0.00 |
| NOTFILED | Corpus Christi Medical Center | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Corpus Christi Medical Center | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hammer's Auto Repair | 7100-000 | 1,410.18 | N/A | N/A | 0.00 |
| NOTFILED | Illinois State Toll Hwy Authority c/o NCO Financial | 7100-000 | 1,993.40 | N/A | N/A | 0.00 |
| NOTFILED | Dish Network | 7100-000 | 726.47 | N/A | N/A | 0.00 |
| NOTFILED | Pinnacle Emergency Group PA c/o Healthcare Recoveries | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | County Financial c/o Afni, Inc. | 7100-000 | 1,600.97 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Tollway | 7100-000 | 128.20 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$96,186.89** | **$55,063.16** | **$55,063.16** | **$3,827.67** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-81525  
**Case Name:** TODD, MICHAEL H.

**Trustee:** (330490)  MEGAN G. HEEG  
**Filed (f) or Converted (c):** 04/26/13 (f)  
**§341(a) Meeting Date:** 05/31/13

**Period Ending:** 06/24/14  
**Claims Bar Date:** 12/16/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Debtor has no interest, legal, equitab, in any r refers to real estate imported from Schedule A | 0.00 | 0.00 | | 0.00 | FA |
| 2  Cash on Debtor's person | 20.00 | 0.00 | | 0.00 | FA |
| 3  Checking account at Wells Fargo | 200.00 | 779.60 | | 779.60 | FA |
| 4  1 laptop (5 years old), 1 printer, 1 television, | 1,000.00 | 0.00 | | 0.00 | FA |
| 5  Miscellaneous pictures | 100.00 | 0.00 | | 0.00 | FA |
| 6  Miscellaneous wearing apparel | 100.00 | 0.00 | | 0.00 | FA |
| 7  County line Farm & Ponies | 0.00 | 0.00 | | 0.00 | FA |
| 8  1993 Ford F350 (130,000) miles<br>VIN 1FTJX35C5PKB80014 (to be quit claimed back to debtor subject to all liens) | 1,983.00 | 1,000.00 | | 1,000.00 | FA |
| 9  1997 Ford F350 (250,000 miles)<br>VIN 1FTJW35F3VEA03521 | 185.00 | 456.00 | | 456.00 | FA |
| 10 2000 Chevy 1/2 ton Pick-Up (308,000 miles)<br>C1500 Silverado pickup VIN 1GCEC14W0YE103595 | 500.00 | 500.00 | | 500.00 | FA |
| 11 2002 Chevy 1/2 Pick-Up (180,000 miles)<br>VIN 2GCEC19W521162823 to be quit claimed back to debtor subject to all liens and with no exemptions claimed in proceeds received. | 2,100.00 | 600.00 | | 600.00 | FA |
| 12 2005 Chevy 3/4 Pick-Up (105,000 miles)<br>VIN 1GCHC24U55E294587 | 3,100.00 | 1,384.00 | | 1,384.00 | FA |
| 13 2006 Ford 350 Pick-Up (220,000 miles)<br>F350 Superduty Carryall. VIN 1FTWW32P46EB50175 | 1,665.00 | 2,500.00 | | 2,500.00 | FA |
| 14 1988 Highview Stock Trailer | 1,100.00 | 0.00 | | 0.00 | FA |
| 15 1990 W.W. Tagalong Trailer (See Footnote) | 1,000.00 | 0.00 | | 0.00 | FA |
| 16 1991 Barrett Stock Trailer<br>Note, Debtor removed this asset from Amended Schedule B filed 6/17/13 and added a different one instead. | 2,750.00 | 0.00 | | 0.00 | FA |
| 17 2 sleds | 100.00 | 0.00 | | 0.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-81525  
**Case Name:** TODD, MICHAEL H.

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 04/26/13 (f)  
**§341(a) Meeting Date:** 05/31/13

**Period Ending:** 06/24/14

**Claims Bar Date:** 12/16/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | 2 pony wheels<br>Imported from Amended Doc#: 14 | 100.00 | 0.00 | | 0.00 | FA |
| 19 | 5 Hayride wagons<br>Imported from Amended Doc#: 14 | 1,500.00 | 0.00 | | 0.00 | FA |
| 20 | 20 sadles<br>Imported from Amended Doc#: 14 | 800.00 | 0.00 | | 0.00 | FA |
| 21 | 3 Harnesses | 90.00 | 0.00 | | 0.00 | FA |
| 22 | 10 ponies | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 23 | 2 horses | 400.00 | 0.00 | OA | 0.00 | FA |
| 24 | Savings Acct with Wells Fargo, Acct XXXX7471 (u)<br>$1.20 in account on 4/26/13 | 0.00 | 0.00 | | 0.00 | FA |
| 25 | AUTOMOBILES AND OTHER VEHICLES (u)<br>1992 Highview stock railer. VIN 1H9L01823NA162112. Debtor added this asset to Amended Schedule filed 7/30/13. | 1,100.00 | 190.00 | | 190.00 | FA |
| 26 | AUTOMOBILES AND OTHER VEHICLES (u)<br>1993 Corn Pro trailer in the name of Dorenda Todd. VIN 4MJSB1623PE005132. Debtor added this asset to Amended Schedule B filed 7/30/13. | 1,000.00 | 300.00 | | 300.00 | FA |
| 27 | AUTOMOBILES AND OTHER VEHICLES (u)<br>2001 Barrett Trailer VIN 1B9P2620711014227. Debtor added this asset to Schedule B filed 6/17/13. | 2,750.00 | 760.00 | | 760.00 | FA |
| 28 | AUTOMOBILES AND OTHER VEHICLES (u)<br>1998 Delta Manufracturing INC VIN 4MWBS162XWN001369 | Unknown | 200.00 | | 200.00 | FA |
| 29 | AUTOMOBILES AND OTHER VEHICLES (u)<br>1985 tilt tandem trailer VIN 04163DH623 | 0.00 | 110.00 | | 110.00 | FA |
| 30 | Misc (unscheduled) 30x60 tent (u)<br>Debtor first listed on amended Schedule B filed 5/29/2013. | 500.00 | 0.00 | | 0.00 | FA |
| 30 | **Assets Totals** (Excluding unknown values) | **$25,143.00** | **$8,779.60** | | **$8,779.60** | **$0.00** |

RE PROP# 15 .

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 13-81525  
**Case Name:** TODD, MICHAEL H.  

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 04/26/13 (f)  
**§341(a) Meeting Date:** 05/31/13  

**Period Ending:** 06/24/14  
**Claims Bar Date:** 12/16/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   October 30, 2014      **Current Projected Date Of Final Report (TFR):**   March 11, 2014  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-81525  
**Case Name:** TODD, MICHAEL H.  
**Taxpayer ID #:** **-***0835  
**Period Ending:** 06/24/14  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0966 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/18/13 | {3} | Wells Fargo Bank, NA | Unexempt balance in account | | 1129-000 | 779.60 | | 779.60 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 769.60 |
| 10/24/13 | | Ottenheimer Law Group Trust Account for Michael Todd | various assets | | | 8,000.00 | | 8,769.60 |
| | {8} | | 1993 Ford F350 | 1,000.00 | 1129-000 | | | 8,769.60 |
| | {9} | | 1997 Ford F350 | 456.00 | 1129-000 | | | 8,769.60 |
| | {10} | | 2000 Chevy 1/2 ton pick up | 500.00 | 1129-000 | | | 8,769.60 |
| | {11} | | 2002 Chevy 1/2 ton pick up | 600.00 | 1129-000 | | | 8,769.60 |
| | {12} | | 2005 Chevy 3/4 ton pick up | 1,384.00 | 1129-000 | | | 8,769.60 |
| | {13} | | 2006 Ford 350 Pick up | 2,500.00 | 1129-000 | | | 8,769.60 |
| | {25} | | 1992 Highview stock trailer | 190.00 | 1229-000 | | | 8,769.60 |
| | {26} | | 1993 Corn Pro trailer | 300.00 | 1229-000 | | | 8,769.60 |
| | {27} | | 2001 Barrett Trailer | 760.00 | 1229-000 | | | 8,769.60 |
| | {28} | | 1998 Delta Manufacturing Inc | 200.00 | 1229-000 | | | 8,769.60 |
| | {29} | | 1985 tilt tandem trailer | 110.00 | 1229-000 | | | 8,769.60 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 8,759.60 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 11.75 | 8,747.85 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 13.84 | 8,734.01 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.97 | 8,721.04 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 11.70 | 8,709.34 |
| 05/15/14 | 101 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $2,000.00, Attorney for Trustee Fees (Trustee Firm); Reference: | | 3110-000 | | 2,000.00 | 6,709.34 |
| 05/15/14 | 102 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $303.71, Attorney for Trustee Expenses (Trustee Firm); Reference: | | 3120-000 | | 303.71 | 6,405.63 |
| 05/15/14 | 103 | MEGAN G. HEEG | Dividend paid 100.00% on $1,627.96, Trustee Compensation; Reference: | | 2100-000 | | 1,627.96 | 4,777.67 |
| 05/15/14 | 104 | Carl C. Swanson, CPA | Dividend paid 100.00% on $950.00, Accountant for Trustee Fees (Other Firm); Reference: | | 3410-000 | | 950.00 | 3,827.67 |
| 05/15/14 | 105 | Centegra Hospital Woodstock | Dividend paid 6.95% on $912.92; Claim# 1; Filed: $912.92; Reference: XXXXXXX0257 | | 7100-000 | | 63.46 | 3,764.21 |
| 05/15/14 | 106 | American InfoSource LP as agent | Dividend paid 6.95% on $578.62; Claim# 2; | | 7100-000 | | 40.22 | 3,723.99 |

Subtotals :    $8,779.60    $5,055.61

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 13-81525 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | TODD, MICHAEL H. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******0966 - Checking Account |
| **Taxpayer ID #:** | **-***0835 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 06/24/14 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | for | Filed: $578.62; Reference: XXXX0758 | | | | |
| 05/15/14 | 107 | Galena State Bank & Trust Company | Dividend paid  6.95% on $53,571.62; Claim# 3U; Filed: $53,571.62; Reference: | 7100-000 | | 3,723.99 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,779.60 | 8,779.60 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 8,779.60 | 8,779.60 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,779.60** | **$8,779.60** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0966** | 8,779.60 | 8,779.60 | 0.00 |
| | **$8,779.60** | **$8,779.60** | **$0.00** |

{} Asset reference(s)

Printed: 06/24/2014 03:21 PM     V.13.15